# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CALLA DEE MALDONADO, | |
| Plaintiff, | Cause No. CV-15-01-GF-BMM |
| v. | |
| SAFEWAY INSURANCE COMPANY, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to written Stipulation by and between counsel that all of the claims alleged in the above-captioned Complaint have been fully and finally compromised and settled,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice and each party to pay their respective costs and fees of any kind or nature.

DATED this 17th day of November, 2016.

_____
Brian Morris
United States District Court Judge